IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                    NO. 4:12CR00300-10-KGB

KEVIN PATRICK                                               DEFENDANT

## ORDER

The United States has moved to dismiss its petition for revocation of Mr. Patrick's pretrial release due to his agreement to enter outpatient drug treatment. (Docket entry #129) For good cause shown, the motion to dismiss the revocation petition is GRANTED, without prejudice. The revocation hearing scheduled for August 19, 2014, is canceled.

IT IS SO ORDERED, this 12th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE